| | |
|---|---|
| David P. Enzminger (SBN: 137065)<br>denzminger@winston.com<br>James C. Lin (SBN: 271673)<br>jalin@winston.com<br>WINSTON & STRAWN LLP<br>275 Middlefield Road, Suite 205<br>Menlo Park, California 94025-4004<br>Telephone:     (650) 858-6500<br>Facsimile:     (650) 858-6550<br><br>Michael A. Tomasulo (SBN: 179389)<br>mtomasulo@winston.com<br>Gino Cheng (SBN: 259208)<br>gcheng@winston.com<br>David K. Lin (SBN: 278404)<br>dlin@winston.com<br>WINSTON & STRAWN LLP<br>333 South Grand Avenue, 38th Floor<br>Los Angeles, CA 90071-1543<br>Telephone:     (213) 615-1700<br>Facsimile:     (213) 615-1750<br><br>Dan K. Webb (pro hac vice)<br>dwebb@winston.com<br>Kathleen B. Barry (pro hac vice)<br>kbarry@winston.com<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL 60601-9703<br>Telephone:     (312) 558-5600<br>Facsimile:     (312) 558-5700<br><br>Attorneys for Plaintiff<br>ACTIVISION \| BLIZZARD, INC. | PAUL ANDRE (SBN: 196585)<br>pandre@kramerlevin.com<br>LISA KOBIALKA (SBN: 191404)<br>lkobialka@kramerlevin.com<br>JAMES HANNAH (SBN. 237978)<br>jhannah@kramerlevin.com<br>KRAMER LEVIN NAFTALIS &<br>FRANKEL LLP<br>990 Marsh Road<br>Menlo Park, CA 94025<br>Telephone: (650) 752-1700<br>Facsimile: (650) 752-1800<br><br>Attorneys for Defendant<br>ACCELERATION BAY LLC |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ACTIVISION \| BLIZZARD, INC., a Delaware Corporation,<br><br>             Plaintiff,<br><br>     v.<br><br>ACCELERATION BAY LLC, a Delaware Limited Liability Corporation,<br><br>             Defendant. | Case No. 3:16-cv-03375-RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE BRIEFING AND HEARING FOR ACCELERATION BAY LLC'S MOTION TO DISMISS OR TRANSFER PLAINTIFFS' COMPLAINTS**<br><br>Date: September 1, 2016<br>Time: 1:30 pm<br>Courtroom: 3, 17th Floor<br>Before: Honorable Richard Seeborg |

| | |
|---|---|
| 1 | Pursuant to Civil Local Rule 6-2, Plaintiffs Take-Two Interactive Software, Inc. ("Take |
| 2 | Two"), Rockstar Games, Inc. ("Rockstar"), 2K Sports, Inc. ("2K"), Activision Blizzard, Inc. |
| 3 | ("Activision"), and  Electronics Art, Inc. ("EA") (collectively, "Plaintiffs") and Defendant |
| 4 | Acceleration Bay LLC ("Defendant"), by and through their respective counsel, do hereby stipulate |
| 5 | and agree to the following: |
| 6 | **WHEREAS**, Plaintiffs filed Complaints against Defendant in Civil Action Nos. 3:16-cv- |
| 7 | 03375-RS, 3:16-cv-03377-RS, and 3:16-cv-03378-RS on June 16, 2016 (the "Actions"); |
| 8 | **WHEREAS**, the parties filed a Joint Administrative Motion to Consider Whether Cases |
| 9 | Should be related on July 1, 2016; |
| 10 | **WHEREAS**, the Court granted the parties' Motion to Relate Cases Civil Action Nos. 3:16- |
| 11 | cv-03375-RS, 3:16-cv-03377-RS, and 3:16-cv-03378-RS on July 5, 2016; |
| 12 | **WHEREAS**, Defendant recently filed a Motion to Dismiss or Transfer Take-Two Interactive |
| 13 | Software, et al.'s Complaint ("Motion") on July 11, 2016 and filed Motions to Dismiss or Transfer |
| 14 | in related Civil Action Nos. 3:16-cv-03375-RS and 3:16-cv-03378-RS on July 15, 2016; |
| 15 | **WHEREAS**, on July 13, 2016, counsel for the parties met and conferred pursuant to Fed. R. |
| 16 | Civ. P. 16 and this Court's Local Rules; |
| 17 | **WHEREAS**, the parties agree to streamline the briefing associated with the Motion and to |
| 18 | have a single Opposition brief and a single Reply brief filed in all three actions in light of the fact |
| 19 | that Defendant's Motions seek the same relief and having separate deadlines in the three actions will |
| 20 | result in unnecessary duplicate filings. |
| 21 | **WHEREAS**, the parties further agree to modify the deadline for the Opposition brief in all |
| 22 | three actions to be due by July 29, 2016. |
| 23 | **WHEREAS**, the parties further agree to modify the deadline for the Reply brief in all three |
| 24 | actions to be due by August 8, 2016. |
| 25 | **WHEREAS**, the requested modification to the Motion's briefing schedule will have no |
| 26 | effect on the schedule for this case, and the proposed hearing date of September 1, 2016 for the |
| 27 | Motion remains the same as requested in Plaintiff's Motion. |
| 28 | **IT IS HEREBY STIPULATED AND AGREED** by the parties that Plaintiffs will file a |

1

JOINT STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE BRIEFING AND HEARING FOR ACCELERATION BAY LLC'S
MOTION TO DISMISS OR TRANSFER PLAINTIFFS' COMPLAINTS – CASE NO.: 3:16-CV-03375-RS

single Opposition brief to the Motion in all three actions by July 29, 2016, Defendant will file a single Reply brief in support of the Motion in all three actions by August 8, 2016, and the proposed hearing date for the Motion remains on September 1, 2016, or such other date thereafter that is convenient for the Court.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: July 19, 2016     WINSTON & STRAWN LLP

By  */s/ David P. Enzminger*
David P. Enzminger
James C. Lin
Michael A. Tomasulo
Gino Cheng
David K. Lin
Dan K. Webb
Kathleen B. Barry

Attorneys for Plaintiff
ACTIVISION | BLIZZARD, INC.

Dated: July 19, 2016     KRAMER LEVIN NAFTALIS & FRANKEL LLP

By  */s/ Lisa Kobialka*
PAUL ANDRE
LISA KOBIALKA
JAMES HANNAH
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com

Attorneys for Defendant
ACCELERATION BAY LLC

**ATTESTATION**

I, David P. Enzminger, am the ECF user whose ID and password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE BRIEFING AND HEARING FOR ACCELERATION BAY LLC'S MOTION TO DISMISS OR TRANSFER PLAINTIFFS' COMPLAINTS.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Defendant's counsel, Lisa Kobialka, has concurred in this filing.

By:   */s/ David P. Enzminger*
David P. Enzminger

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated:  7/20/16

JUDGE HON. RICHARD SEEBORG